

June 18, 2021

T 212.503.0665
F 212.218.2200
BPArgyle@Venable.com

**VIA ECF ONLY**

The Honorable John P. Cronan
United States District Court for the Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, New York 10007

**Re:** *Jacobs Project Mgmt. Co. v. The Travelers Indemn. Co.*, Case No. 1:21-cv-4101
**Request to Adjourn Initial Pretrial Conference and Associated Deadlines**

Dear Judge Cronan:

Venable represents Plaintiff Jacobs Project Management Co. in the action referenced above. Defendant The Travelers Indemnity Company is represented by Joanne Engeldrum, Esq., Rivkin Radler LLP. Third-Party Defendant Harleysville Insurance Company has not yet been served or appeared in this action.

I write on behalf of all parties, who are pleased to report that they have reached an agreement in principle to settle this lawsuit. The parties are currently finalizing the necessary settlement paperwork, and respectfully request an adjournment of all deadlines so as to conclude the settlement process.

Specifically, the Court has scheduled an Initial Pretrial Conference on Monday, June 28, 2021 at 11:30 AM EDT. The parties respectfully request an adjournment of this Conference, as well as all associated deadlines, to July 28, 2021 or at any date thereafter that the Court deems appropriate. There have been no previous requests for this adjournment. All parties join in this request.

We thank the Court for its time and attention to this matter.

Respectfully submitted,

Benjamin P. Argyle

cc: Michael J. O'Connor, Esq., Venable LLP (*pro hac vice* forthcoming)
Cary L. Finkelstein, Esq., Venable LLP (*pro hac vice* forthcoming)
Joanne Engeldrum, Esq., Rivkin Radler LLP, *Attorneys for Defendant*
Arthur McQuillan, Esq., Nationwide/Harleysville (via email only)

---

This request is granted. The IPTC scheduled for June 28, 2021 at 11:30 a.m. is adjourned to August 2, 2021 at 11:30 a.m.

SO ORDERED.

Date: June 19, 2021
New York, New York

JOHN P. CRONAN
United States District Judge